IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGELOS WASHINGTON )
)
v. ) NO. 3-14-1830
) JUDGE CAMPBELL
CORRECT CARE SOLUTIONS, )
et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 51), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss for Lack of Prosecution (Docket No. 41) is GRANTED, and this action is DISMISSED without prejudice for failure to obey Court Orders and failure to prosecute.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. The Court finds that any appeal of this dismissal should not be certified as taken in good faith. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                                                                            TODD J. CAMPBELL
                                                                                                            UNITED STATES DISTRICT JUDGE